UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
NAOKO KAWASAKI,

                          Plaintiff,

    -against-

PEPPER FOOD SERVICE CO. LTD., and KUNIO ICHINOSE,

                        Defendants.
------------------------------------- x

ORDER

21 Civ. 1891 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for May 18, 2022 is cancelled. Oral argument on Defendants' Motion to Dismiss the Amended Complaint, (ECF No. 38), is scheduled for June 29, 2022 at 11:00 a.m.

Dated: New York, New York
       April 4, 2022

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE