UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NAOKO KAWASAKI,

                              Plaintiff,

       -against-

PEPPER FOOD SERVICE CO., LTD and
KUNIO ICHINOSE, individually,

                            Defendants.

                                   ORDER

                              21-CV-01891 (GBD)

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Defendant Kunio Ichinose's motion to dismiss dated November 11, 2021, (ECF No. 23), and Defendant Pepper Food Service's motion to dismiss dated November 12, 2021, (ECF No. 28), are DENIED as moot, because Plaintiff subsequently filed an amended complaint, (ECF No. 34), to which Defendant Ichinose has filed an answer and Defendant Pepper Food Service has moved to dismiss.

Dated: May 9, 2022
        New York, New York

                                      SO ORDERED.

                                      *[signature]*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE