UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NAOKO KAWASAKI,

                        Plaintiff,

    -against-

PEPPER FOOD SERVICE CO., LTD and
KUNIO ICHINOSE, individually,

                      Defendants.

------------------------------------- x

ORDER

21-CV-01891 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

The Clerk of the Court is directed to close the open motion at ECF No. 54.

All conferences previously scheduled are adjourned *sine die*.

Dated: June 6, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge